Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: skahn@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

**FILED & ENTERED**

**MAY 25 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>          Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>          Plaintiff,<br><br>vs.<br><br>LAYFIELD V, LLC, a Delaware limited liability company and PHILIP LAYFIELD, an individual,<br><br>          Defendants. | Adv. Case No.: 2:18-ap-01050-NB<br><br>[~~PROPOSED~~] **JUDGMENT AFTER DEFAULT**<br><br>Hearing Date: May 22, 2018<br>Time: 11:00 a.m.<br>Place: Courtroom "1545"<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

Having considered Plaintiff's Motion for Default Judgment under LBR 7055-1 <u>(adv. dkt. 12)</u>, the evidence and memorandum of points and authorities <u>(adv. dkt. 13)</u> in support thereof, and good cause appearing therefor,

//

DOCS_LA:313735.3 51414/001

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Richard M. Pachulski, in his capacity as Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC, and against Defendants, Layfield V, LLC, a Delaware limited liability company and Philip Layfield, an individual.

2. The transfers from Layfield & Barrett, APC, to Layfield V, LLC, of Layfield & Barrett, APC's interests in that real property (the "Transfers") described as:

 (a) Unit 200, Toll Creek Village 2, a Utah Condominium Project, together with their appurtenant undivided ownership interest in and to the Common Areas and Facilities, as established and described in the Record of Survey Map recorded September 2, 2005 as Entry No. 749495, and the Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums, recorded September 2, 2005 as Entry No. 749496 in Book 1730 at page 1816, and Toll Creek Village 2, a Utah Condominium Project, recorded February 27, 2008 as Entry No. 838524 and the Amendment to Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums recorded February 27, 2008 as Entry No. 838525 in Book 1916 at page 1360, records of Summit County, Utah. TCVC-2-200; and

 (b) Units 210 and 220, Toll Creek Village 2, a Utah Condominium Project, together with their appurtenant undivided ownership interest in and to the Common Areas and Facilities, as established and described in the Record of Survey Map recorded September 2, 2005 as Entry No. 749495, and in the Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums, recorded September 2, 20015 as Entry No. 747496 in Book 1730 at page 1816, and Toll Creek Village 2, a Utah Condominium Project, recorded February 27, 2008 as Entry No. 838524 and the Amendment to Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums recorded February 27, 2008 as Entry No. 838525 in Book 1916 at page 1360, records of Summit County, Utah. TCV-2-210 and TCVC-2-220

(collectively, the "Subject Real Property") effectuated through Quitclaim Deeds recorded with the Summit County, Utah Recorder on April 17, 2017, assigned Document Nos. 01-067476 and 01-067478 (collectively the "Quitclaim Deeds") are hereby avoided.

3. All right, title and interest of Layfield & Barrett, APC in the Subject Real Property immediately preceding the execution of the Quitclaim Deeds is hereby transferred to and vested in the bankruptcy estate of Layfield & Barrett, APC.

//

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:313735.3 51414/001

4.  The Trustee and the Summit County, Utah Recorder are authorized to take any actions necessary and appropriate, including, without limitation, the recordation of this Order and/or any other document in the chain of title of the Subject Real Property in the records maintained by the Summit County, Utah Recorder, to evidence the avoidance of the Transfers and the vesting of title to the Subject Real Property in the bankruptcy estate of Layfield & Barrett, APC.

####

Date: May 25, 2018

Neil W. Bason
United States Bankruptcy Judge

3

DOCS_LA:313735.3 51414/001