Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  dgrassgreen@pszjlaw.com
           mpagay@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

FILED & ENTERED

NOV 19 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>Plaintiff,<br><br>vs.<br><br>LAYFIELD V, LLC, a Delaware limited liability company and PHILIP LAYFIELD, an individual,<br><br>Defendants. | Adv. Case No.: 2:18-ap-01050-NB<br><br>**ORDER APPROVING STIPULATION TO AMEND JUDGMENT AS TO LAYFIELD V, LLC, TO INCLUDE STORAGE UNIT**<br><br>[Relates to Docket No. 38] |

The Court having considered the *Stipulation to Amend Judgment as to Layfield V, LLC, to Include Storage Unit* [Docket No. 38] (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1.    The Stipulation is APPROVED.

DOCS_LA:317457.2 51414/002

2.  The Chapter 11 Trustee is authorized, in his discretion, either to (a) amend the Judgment as to Layfield V to include the Storage Unit, or (b) submit a separate judgment against Layfield V avoiding the transfer by L&B to Layfield V of the Storage Unit and revesting title to the Storage Unit in L&B's bankruptcy estate.

3.  The parties are authorized to take any and all actions reasonably necessary to effectuate the Stipulation.

4.  The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: November 19, 2018

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:317457.2 51414/002

2